# Third District Court of Appeal

## State of Florida

Opinion filed May 10, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0529
Lower Tribunal No. 21-18152

_____

**QR Triptych LLC,**
Appellant,

vs.

**LV Midtown LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Shutts & Bowen, LLP, Aliette D. Rodz, and Julissa Rodriguez and Garrett A. Tozier (Tampa), for appellant.

Bilzin Sumberg Baena Price & Axelrod LLP, Jeffrey I. Snyder, Jake M. Greenberg, and Benjamin A. Mitchel, for appellee.

Before FERNANDEZ, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> Rule 1.170(a), Fla. R. Civ. P.; <u>Londono v. Turkey Creek, Inc.</u>, 609 So. 2d 14, 19 (Fla. 1992) ("A compulsory counterclaim is 'a defendant's cause of action arising out of the transaction or occurrence that formed the subject matter of the plaintiff's claim.'"); <u>Orix Capital Mkts., LLC v. Park Ave. Assocs., Ltd.</u>, 881 So. 2d 646, 650 (Fla. 1st DCA 2004) ("A primary consequence of a party's failure to assert a compulsory counterclaim is that such failure 'constitutes a waiver of the [party's] right to recover on it.'"); <u>Floridian Cmty. Bank, Inc. v. Bloom</u>, 25 So. 3d 43, 45 (Fla. 4th DCA 2009).